PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WA BAR #32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WA BAR #26823
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (FRESNO)

| | |
|---|---|
| ALISON JOY ISBELL, | ) Case No.: 1:24-cv-01089-JLT-BAM |
| Plaintiff, | ) FIRST STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| vs. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from November 12, 2024, up to and including December 12, 2024. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant has been notified that a certified administrative transcript (CAR) is not yet available in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the

Stip. for Ext.; 1:24-cv-01089-JLT-BAM

1

CAR arrives, Defendant will need to review it for defects before submitting it. For these reasons, Defendant asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 4, 2024

/s/ *Jonathan Omar Pena\**
(*as authorized via e-mail)
Jonathan Omar Pena
Attorney for Plaintiff

Dated: November 4, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/ *Franco L. Becia*
Franco L. Becia
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant shall have an extension, up to and including December 12, 2024, to respond to Plaintiff's Complaint.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 5, 2024**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 1:24-cv-01089-JLT-BAM