JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON JOY ISBELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAROLYN COLVIN, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>  Defendant. | Case No.  1:24-cv-01089-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 10, 2024 to March 11, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Carolyn Colvin became the Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of January 6, 2025 and January 13, 2025, Plaintiff's Counsel has five merit briefs and one reply brief due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                              Respectfully submitted,

Dated: December 30, 2024    PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Jonathan Omar Pena*
                                   JONATHAN OMAR PENA
                                   Attorneys for Plaintiff


Dated: December 30, 2024    PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation
                                   Social Security Administration


                              By:  **/s/ Franco L. Becia**
                                   Franco L. Becia
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on December 30, 2024)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff shall have a 60-day extension of time to March 11, 2025, to file a Motion for Summary Judgment. All other deadlines in the Court's Scheduling Order are extended accordingly. No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **January 2, 2025**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE