DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON JOY ISBELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LELAND DUDEK, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:24-cv-01089-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 3-day extension of time, from March 11, 2025 to March 14, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Leland Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek is substituted as the defendant in this suit.

1

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the week of March 10, 2025, Plaintiff's Counsel has three merit briefs and two reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 10, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff


Dated: March 10, 2025    PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7


By:  *\*/s/ Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on March 10, 2025)

2

# **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff shall file a Motion for Summary Judgment on or before March 14, 2025. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **March 11, 2025**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE