JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alison Joy Isbell,<br><br>    Plaintiff,<br><br>    vs.<br><br>Leland Dudek, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>    Defendant. | Case No. 1:24-cv-01089-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from March 14, 2025

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

to May 13, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time. After further review, Counsel for Plaintiff discovered the Certified Administrative Record was missing relevant portions. After reaching out to Counsel for Defendant, Defendant agreed to supplement the record. Once received, Plaintiff would need additional time to properly review the record and provide Plaintiff's Motion for Summary Judgment. Defendant consent to the 60 day extension.

Respectfully submitted,

Dated: March 13, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: March 13, 2025        PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation
                             Social Security Administration

By: **/s/ Franco L. Becia*
    Franco L. Becia
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on March 13, 2025)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff shall have a 60-day extension of time to May 13, 2025, to file a Motion for Summary Judgment. All other deadlines in the Court's Scheduling Order are modified accordingly. <u>No further extensions of time will be granted absent a demonstrated showing of good cause, which will be narrowly construed.</u>

IT IS SO ORDERED.

Dated: **March 15, 2025**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE