UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON JOY ISBELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,[1]<br><br>　　　　Defendant. | Case No.: 1:24-cv-1089 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 21, 23) |

Alison Joy Isbell and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 23 at 1.) Pursuant to the stipulation, the final decision of the Commissioner is reversed. (*Id.*) Upon remand, the administrative law judge shall "re-evaluate the evidence of record" and issue a new decision. (*Id.*) In addition, the parties agree the Court should enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*) Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

2. The Clerk of Court is directed to enter judgment in favor of Plaintiff Alison Joy Isbell

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

1

and against Defendant Frank Bisignano, Commissioner of Social Security.

3. Plaintiff's motion for summary judgment (Doc. 21) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   **June 12, 2025**

UNITED STATES DISTRICT JUDGE