# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON JOY ISBELL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>　　　Defendant. | Case No.: 1:24-cv-01089 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND TERMINATING PLAINTIFF'S MOTION FOR ATTORNEY FEES AS MOOT<br><br>(Docs. 26, 28) |

Allison Joy Isbell and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $8,058.88 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 28 at 1-3.)  Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $8,058.88 pursuant to 28 U.S.C. § 2412(d).

2. Plaintiff's motion for attorney fees (Doc. 26) is terminated as **MOOT**.

IT IS SO ORDERED.

　Dated:　**September 17, 2025**　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.